874

*Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 652. EDGERTON *v.* KINGSLAND, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia. Certiorari denied. *David Rines* and *Frank W. Dahn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Alvin O. West* and *W. W. Cochran* for respondent.

No. 653. RUSSELL BOX CO. *v.* GRANT PAPER BOX CO. C. C. A. 1st. Certiorari denied. *Herbert A. Baker* for petitioner. *William H. Parmelee* and *Hector M. Holmes* for respondent.

No. 654. NATIONAL NUGRAPE CO. *v.* GUEST, DOING BUSINESS AS TOT BEVERAGE CO. AND TRUEGRAPE CO. C. C. A. 10th. Certiorari denied. *Ernest P. Rogers* for petitioner. *F. M. Dudley* for respondent.

No. 656. BLOOM ET AL. *v.* RYAN. Supreme Court of Montana. Certiorari denied. *S. P. Wilson* for petitioners. *Walter L. Pope* for respondent.

No. 658. CANISTER COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 3d. Certiorari denied. *Weston Vernon, Jr.* and *Clarence E. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *L. W. Post* for respondent.

No. 659. BERNARD G. BRENNAN CO. *v.* UNITED STATES. C. C. A. 7th. Certiorari denied. *William R. Brown* for